UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Robert L. Schmidt, Esq.  (RS5795)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtors

**Order Filed on August 27, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Maria C. Lema

Debtor.

Case No.:       18-17266

Chapter:            13

Judge:      John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___May 16, 2018___ :

Property: ___24 White Meadow Road, Rockaway, NJ 07866___

Creditor: ___Specialized Loan Servicing___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___attorney for the debtor___, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___November 16, 2018___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2