UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert L. Schmidt, Esq.  (RS5795)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtors

**Order Filed on February 24, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Maria C. Lema

                    Debtor.

Case No.:         18-17266

Chapter:              13

Judge:         John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on May 16, 2018 :

Property: 24 White Meadow Road, Rockaway, NJ 07866

Creditor: Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by attorney for the debtor , and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including May 14, 2019 .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17266-JKS
Maria C. Lema                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Feb 25, 2019
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.
db             +Maria C. Lema,    24 White Meadow Road,    Rockaway, NJ 07866-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:
      David A. Ast    on behalf of Debtor Maria C. Lema david@astschmidtlaw.com,
       info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 nj.bkecf@fedphe.com
      Robert L. Schmidt    on behalf of Debtor Maria C. Lema robert@astschmidtlaw.com,
       info@astschmidtlaw.com;david@astschmidtlaw.com
      Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 8