UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Robert L. Schmidt, Esq.  (RS5795)
AST & SCHMIDT, P.C.
PO Box 1309, 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
robert@astschmidtlaw.com
Attorney for Debtors

Order Filed on May 22, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Maria C. Lema

                              Debtor.

Case No.:        _____18-17266_____

Chapter:        _____13_____

Judge:        ___John K. Sherwood___

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ May 16, 2018 _____ :

Property:      24 White Meadow Road, Rockaway, NJ 07866 _____

Creditor:      Specialized Loan Servicing _____

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____ attorney for the debtor _____, and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ August 14, 2019 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*