Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.: 18−17266−JKS
              Chapter: 13
              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria C. Lema
   aka Maria C. Guallpa
   24 White Meadow Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−2493

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/22/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 22, 2019
JAN: zlh

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-17266-JKS
Maria C. Lema                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2              Date Rcvd: Aug 22, 2019
                                Form ID: 148                Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
```
db             +Maria C. Lema,    24 White Meadow Road,    Rockaway, NJ 07866-1943
aty            +Parker McCay, PA,    9000 Midlantic Drive, Suite 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
lm             +Specialized Loan Servicing,    8742 Lucent Blvd.,   Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    Phelan Hallinan&Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517449828      +AT&T Mobility,    Attn: Diversified Consultants Inc.,    PO Box 551268,
                 Jacksonville, FL 32255-1268
517449827      +AT&T Mobility,    Attn: Afni Inc.,    1310 Martin Luther King Drive,    PO Box 3517,
                 Bloomington, IL 61702-3517
517467836     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,     25505 WEST 12 MILE ROAD,
                 SOUTHFIELD , MI 48034)
517449829      +Carrington Mortgage Services,    1600 S Douglass Rd. Ste. 200A,    Anaheim, CA 92806-5951
517449830      +Chase Auto,    PO Box 901003,   Fort Worth, TX 76101-2003
517449831      +Credit Acceptance,    PO Box 5070,   Southfield, MI 48086-5070
517449832      +Galaxy Asset Purchasing LLC,    Attn: Convergent Outsourcing Inc.,    PO Box 9004,
                 Renton, WA 98057-9004
517449834      +Hospital & Doctor Service Bureau,    Attn:Law Office of Alan Kamel,    1207 East Grant St.,3d Fl,
                 Elizabeth, NJ 07201-2319
517449835      +Massache DC Gorky,    Attn: Bureau of Accounts Contr.,    3601 US Highway 9,
                 Howell, NJ 07731-3395
517449836      +Morristown Memorial Hospital,    Attn: Daniel Barli, Esq.,    Barli & Assoc, LLC,
                 1 Lower Notch Road,    Little Falls, NJ 07424-1879
517449837     ++NORTHWEST RADIOLOGY ASSOCIATES,    45 PINE STREET SUITE 8,    ROCKAWAY NJ 07866-3149
               (address filed with court: Northwest Radiology Associates,     41 Pine Street, Suite 8,
                 Rockaway, NJ 07866-3100)
517449838      +Portfolio Recovery Associates, LLC,    Attn: Craner, Satkin, Scheer & Schwartz,    320 Park Ave,
                 PO Box 367,    Scotch Plains, NJ 07076-0367
517449840      +SLS,   8742 Lucent Blvd., Suite 300,    Littleton, CO 80129-2386
517597984      +THE BANK OF NEW YORK MELLON, ET.AL.,    CARRINGTON MORTGAGE SERVICES, LLC,
                 BANKRUPTCY DEPARTMENT,    1600 SOUTH DOUGLASS ROAD,    ANAHEIM CA 92806-5951
517449841      +The Bank of New York Mellon,    Attn: Parker McCay,   PO Box 5054,
                 Mount Laurel, NJ 08054-5054
517517680      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2019 00:24:14     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2019 00:24:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517600293       EDI: RESURGENT.COM Aug 23 2019 07:16:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517449833      +EDI: CCS.COM Aug 23 2019 07:14:00     Geico Indemnity Company,
                 Attn: Credit Collection Services,    725 Canton Street,   Norwood, MA 02062-2679
517603636      +EDI: CAUT.COM Aug 23 2019 07:13:00     JPMorgan Chase Bank, N.A.,   PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517602942       EDI: PRA.COM Aug 23 2019 07:14:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
517571961      +EDI: DRIV.COM Aug 23 2019 07:13:00     SANTANDER CONSUMER USA, INC.,   P.O. BOX 560284,
                 DALLAS, TX 75356-0284
517449839      +EDI: DRIV.COM Aug 23 2019 07:13:00     Santander Consumer USA,   5201 Rufe Snow Dr.,
                 North Richland Hills, TX 76180-6036
517594768      +EDI: AIS.COM Aug 23 2019 07:13:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 22, 2019
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              David A. Ast    on behalf of Debtor Maria C. Lema david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for The Bank
               of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS,
               Inc., Asset-Backed Certificates, Series 2007-6 kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-6 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6
               nj.bkecf@fedphe.com
              Robert L. Schmidt    on behalf of Debtor Maria C. Lema robert@astschmidtlaw.com,
               info@astschmidtlaw.com;david@astschmidtlaw.com
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF
               NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2006-6 nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```